# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| CITIBANK, N.A., AS TRUSTEE FOR THE WACHOVIA LOAN TRUST, 2005-SD1 ASSET-BACKED CERTIFICATES, SERIES 2005-SD1 C/O WELLS FARGO BANK, N.A. | : : : : : | No. 259 MAL 2022 |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : : | |
| v. | : : : | |
| | : | |
| LAWANDA A. JENNINGS A/K/A LAWANDA A. JENNINGS | : : : : | |
| | : | |
| v. | : : : | |
| | : | |
| FRANKLIN A. BENNETT III | : : : | |
| | : | |
| PETITION OF: FRANKLIN A. BENNETT III | : | |
| CITIBANK, N.A., AS TRUSTEE FOR THE WACHOVIA LOAN TRUST, 2005-SD1 ASSET-BACKED CERTIFICATES, SERIES 2005-SD1 C/O WELLS FARGO BANK, N.A. | : : : : : | No. 260 MAL 2022 |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : : | |
| v. | : : : | |
| | : | |
| LAWANDA A. JENNINGS A/K/A LAWANDA A. JENNINGS | : : : : | |
| | : | |
| v. | : : : | |
| | : | |
| FRANKLIN A. BENNETT III | : : : | |
| | : | |
| PETITION OF: FRANKLIN A. BENNETT III | : | |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 29th day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.